**Fill in this information to identify your case and this filing:**

Debtor 1          **Gregory**          **Alan**          **DeJarnette**
                  First Name           Middle Name       Last Name

Debtor 2          **Winter**           **Lynn**          **DeJarnette**
(Spouse, if filing) First Name         Middle Name       Last Name

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number       **16-60617**
(if known)

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                    12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
    ☑ No.  Go to Part 2.
    ☐ Yes.  Where is the property?

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here..................................... → | $0.00 |

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

    ☐ No
    ☑ Yes

**3.1.**
Make:        **Chevy**
Model:       **Camaro**
Year:        **2000**
Approximate mileage:

Other information:
2000 Chevy Camaro
Client estimated Value $1200.00

Who has an interest in the property? Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,200.00**

Current value of the portion you own? **$1,200.00**

**3.2.**
Make:        **Chevy**
Model:       **Silverado**
Year:        **1998**
Approximate mileage:

Other information:
1998 Chevy Silverado
Clients Estimated Value $1500

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,500.00**

Current value of the portion you own? **$1,500.00**

Debtor 1    **Gregory**         **Alan**         **DeJarnette**                    Case number (if known) **16-60617**
First Name         Middle Name         Last Name

---

**3.3.**

| | | |
|---|---|---|
| Make: | **Chevy** | |
| Model: | **Camaro** | |
| Year: | **2001** | |
| Approximate mileage: | | |

Other information:
**2001 Chevy Camaro**
**Client Estimated Value $8,000**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$8,000.00**                    **$8,000.00**

---

**3.4.**

| | | |
|---|---|---|
| Make: | **Chevy** | |
| Model: | **Tahoe** | |
| Year: | **2003** | |
| Approximate mileage: | | |

Other information:
**2003 Chevy Tahoe**
**Client Estimated Value $4000**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$4,000.00**                    **$4,000.00**

---

**3.5.**

| | | |
|---|---|---|
| Make: | **Chevy** | |
| Model: | **Silverado 2500 HD C** | |
| Year: | **2003** | |
| Approximate mileage: | **167,000** | |

Other information:
**2003 Chevy Silverado 2500 HD**
**CrewCab (approx. 167,000 miles)**
**KBB Trade-in Value $7,703.00**
**(Ownership disputed in recent**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$7,703.00**                    **$7,703.00**

---

**3.6.**

| | | |
|---|---|---|
| Make: | **Chevy** | |
| Model: | **Silverado 2500 HD E** | |
| Year: | **2005** | |
| Approximate mileage: | **300,000** | |

Other information:
**2005 Chevy Silverado 2500 HD Ext Cab**
**(approx. 300000 miles)**
**KBB Trade-in Value $3,560.00**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$3,560.00**                    **$3,560.00**

---

**3.7.**

| | | |
|---|---|---|
| Make: | **Chevy** | |
| Model: | **Silverado 1500 Ext C** | |
| Year: | **2000** | |
| Approximate mileage: | **209,000** | |

Other information:
**2000 Chevy Silverado 1500 Ext Cab**
**(approx. 209000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

**$1,334.00**                    **$1,334.00**

---

**4.**    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.**    Add the dollar value of the portion you own for all of your entries from Part 2, including any
entries for pages you have attached for Part 2. Write that number here........................................ ➔    **$27,297.00**

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 2

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe   1 Sofa, 1 Love Seat, 3 Chairs, 1 End Table, 1 Dinning Room Table, 2 Chairs, 2                                        Bench, 1 Kitchen Table, 4 Chairs, 5 Beds, 11 Dresser, 3 lamps      **$2,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe   2 Rugger 9mm, 357 M, 44, 38, 2 (22) 3 Rifles      **$1,000.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe      **$500.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe   Wedding Rings Bracelets, Earrings, Rings      **$600.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.......

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................➔**      **$4,600.00**

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:*Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................................................................ Cash: ................... _____ **$25.00**

### 17. Deposits of money
*Examples:*Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.....................          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **BB&T Checking account** | **$25.00** |
| 17.2. | Checking account: | **Business Checking** | **$1,200.00** |
| 17.3. | Checking account: | **Checking account FNBA** | **$24.00** |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:*Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.....................          Institution or issuer name:

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No
☐ Yes.  Give specific information about them...................          Name of entity:                    % of ownership:

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments
*Negotiable instruments*include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments*are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them...................          Issuer name:

### 21. Retirement or pension accounts
*Examples:*Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each account separately.Type of account:    Institution name:

### 22. Security deposits and prepayments
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:*Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................          Institution name or individual:

### 23. Annuities (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................          Issuer name and description:

Debtor 1    **Gregory**     **Alan**     **DeJarnette**     Case number (if known) **16-60617**

First Name      Middle Name      Last Name

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them                  _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them                  _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them                  _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years............

Federal: _____ **$0.00**

State: _____ **$0.00**

Local: _____ **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____ **$0.00**

Maintenance: _____ **$0.00**

Support: _____ **$0.00**

Divorce settlement: _____ **$0.00**

Property settlement: _____ **$0.00**

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                  _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value..........    Company name:        Beneficiary:        Surrender or refund value:

Debtor 1    **Gregory**        **Alan**            **DeJarnette**            Case number (if known) **16-60617**
          First Name        Middle Name        Last Name

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information                                                    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each clair                                                    _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each clair                                                    _____

**35. Any financial assets you did not already list**

☐ No
☑ Yes.  Give specific inform    Potential funds due to Debtor, unknown at this time, including                **$1.00**
                          State & Federal tax refunds, possible garnishment funds,
                          insurance proceeds, proceeds related to claims or causes of
                          action that may be asserted by the Debtor any claim for earned

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here.................................................................** ➔

| $1,275.00 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Descrit                                                    _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Descrit                                                    _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Descrit    See continuation page(s).                                **$8,800.00**

**41. Inventory**

☑ No
☐ Yes.  Descrit                                                    _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe  Name of entity:                          % of ownership:

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes.  Describe .......................    _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................. ➔ | $8,800.00 |

---

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

---

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

                    **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes..                                                 _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information.........                                 _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes..                                                 _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes..                                                   _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information.........                                 _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**................................................................................. ➔ | $0.00 |

---

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

---

Debtor 1  **Gregory**          **Alan**          **DeJarnette**          Case number (if known) **16-60617**
  First Name        Middle Name        Last Name

**54. Add the dollar value of all of your entries from Part 7.  Write that number here..........................** ➜          $0.00

**Part 8:  List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2**.............................................................................................................. ➜          $0.00

**56. Part 2: Total vehicles, line 5**                                    $27,297.00

**57. Part 3: Total personal and household items, line 15**            $4,600.00

**58. Part 4: Total financial assets, line 36**                        $1,275.00

**59. Part 5: Total business-related property, line 45**              $8,800.00

**60. Part 6: Total farm- and fishing-related property, line 52**        $0.00

**61. Part 7: Total other property not listed, line 54**         +        $0.00

**62. Total personal property.** Add lines 56 through 61............          $41,972.00          Copy personal     +          $41,972.00
                                                                                                  property total ➜

**63. Total of all property on Schedule A/B.** Add line 55 + line 62................................................................          $41,972.00

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | | Case number (if known) | **16-60617** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):**

**2 Snap On Tool Boxes, Hand Tools & Miscellaneous small tools, Drills, Air Wrench, Drill Presses,**                **$8,000.00**
**Liner Puller**

**2 Riding Lawn Moyers**                **$800.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Winter** | **Lynn** | **DeJarnette** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number   **16-60617**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correc
Using the property you list on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If mo
space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary.  On the top of any additional pages,
write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing
so
is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being
exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to
receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an
exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of

**Part 1:     Identify the Property You Claim as Exempt**

1.   **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

  ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
  ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.   **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for* | |
| Brief description:<br>**2000 Chevy Camaro**<br>**Client estimated Value $1200.00**<br><br>**Note: Not Running Engine Trouble** | **$1,200.00** | ☑ **$1,080.00**<br>☐ 100% of fair market value, up to any | |
| Line from *Schedule A/B:* **3.1** | | | |
| Brief description:<br>**2000 Chevy Camaro**<br>**Client estimated Value $1200.00**<br><br>**Note: Not Running Engine Trouble** | **$1,200.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any | Va. Code Ann. § 34-4 |
| Line from *Schedule A/B:* **3.1** | | | |

3.   **Are you claiming a homestead exemption of more than $155,675?**
     (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

  ☑ No
  ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | | Case number (if known) **16-60617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for* | |

| Brief description: | $1,500.00 | ☑ $1,350.00 | Va. Code Ann. § 34-26(8) |
|---|---|---|---|
| **1998 Chevy Silverado** | | ☐ 100% of fair | |
| **Clients Estimated Value $1500** | | market | |
| | | value, up to any | |
| Line from *Schedule A/B:*   **3.2** | | | |

| Brief description: | $1,500.00 | ☑ $1.00 | Va. Code Ann. § 34-4 |
|---|---|---|---|
| **1998 Chevy Silverado** | | ☐ 100% of fair | |
| **Clients Estimated Value $1500** | | market | |
| | | value, up to any | |
| Line from *Schedule A/B:*   **3.2** | | | |

| Brief description: | $8,000.00 | ☑ $1.00 | Va. Code Ann. § 34-26(8) |
|---|---|---|---|
| **2001 Chevy Camaro** | | ☐ 100% of fair | |
| **Client Estimated Value $8,000** | | market | |
| **(1st exemption claimed for this asset)** | | value, up to any | |
| Line from *Schedule A/B:*   **3.3** | | | |

| Brief description: | $8,000.00 | ☑ $7,200.00 | Va. Code Ann. § 34-4 |
|---|---|---|---|
| **2001 Chevy Camaro** | | ☐ 100% of fair | |
| **Client Estimated Value $8,000** | | market | |
| | | value, up to any | |
| Line from *Schedule A/B:*   **3.3** | | | |

| Brief description: | $4,000.00 | ☑ $1.00 | Va. Code Ann. § 34-26(8) |
|---|---|---|---|
| **2003 Chevy Tahoe** | | ☐ 100% of fair | |
| **Client Estimated Value $4000** | | market | |
| **used in business** | | value, up to any | |
| Line from *Schedule A/B:*   **3.4** | | | |

| Brief description: | $4,000.00 | ☑ $1,450.00 | Va. Code Ann. § 34-4 |
|---|---|---|---|
| **2003 Chevy Tahoe** | | ☐ 100% of fair | |
| **Client Estimated Value $4000** | | market | |
| **used in business** | | value, up to any | |
| **(2nd exemption claimed for this asset)** | | | |
| Line from *Schedule A/B:*   **3.4** | | | |

| Brief description: | $4,000.00 | ☑ $2,000.00 | Va. Code Ann. § 34-26(7) |
|---|---|---|---|
| **2003 Chevy Tahoe** | | ☐ 100% of fair | |
| **Client Estimated Value $4000** | | market | |
| **used in business** | | value, up to any | |
| Line from *Schedule A/B:*   **3.4** | | | |

| Brief description: | $7,703.00 | ☑ $6,932.00 | |
|---|---|---|---|
| **2003 Chevy Silverado 2500 HD CrewCab** | | ☐ 100% of fair | |
| **(approx. 167000 miles)** | | market | |
| **2003 Chevy Silverado 2500 HD CrewCab** | | value, up to any | |
| **(approx. 167,000 miles)** | | | |
| **KBB Trade-in Value $7,703.00** | | | |
| **(Ownership disputed in recent litigation)** | | | |
| Line from *Schedule A/B:*   **3.5** | | | |

| Debtor 1 | Gregory | Alan | DeJarnette | | Case number (if known) **16-60617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:**<br>**2003 Chevy Silverado 2500 HD CrewCab (approx. 167000 miles)**<br>**2003 Chevy Silverado 2500 HD CrewCab (approx. 167,000 miles)**<br>**KBB Trade-in Value $7,703.00**<br>**(Ownership disputed in recent litigation)**<br><br>Line from *Schedule A/B:* __3.5__ | **$7,703.00** | ☑ __$1.00__<br>☐ 100% of fair market value, up to any | Va. Code Ann. § 34-4 |
| **Brief description:**<br>**2005 Chevy Silverado 2500 HD Ext Cab (approx. 300000 miles)**<br>**KBB Trade-in Value $3,560.00**<br><br>Line from *Schedule A/B:* __3.6__ | **$3,560.00** | ☑ __$2,630.00__<br>☐ 100% of fair market value, up to any | Va. Code Ann. § 34-26(8) |
| **Brief description:**<br>**2005 Chevy Silverado 2500 HD Ext Cab (approx. 300000 miles)**<br>**KBB Trade-in Value $3,560.00**<br><br>Line from *Schedule A/B:* __3.6__ | **$3,560.00** | ☑ __$574.00__<br>☐ 100% of fair market value, up to any | |
| **Brief description:**<br>**2000 Chevy Silverado 1500 Ext Cab (approx. 209000 miles)**<br>**KBB Trade-in Value $1,334.00**<br><br>Line from *Schedule A/B:* __3.7__ | **$1,334.00** | ☑ __$1.00__<br>☐ 100% of fair market value, up to any | |
| **Brief description:**<br>**2000 Chevy Silverado 1500 Ext Cab (approx. 209000 miles)**<br>**KBB Trade-in Value $1,334.00**<br><br>Line from *Schedule A/B:* __3.7__ | **$1,334.00** | ☑ __$1,334.00__<br>☐ 100% of fair market value, up to any | Va. Code Ann. § 34-4 |
| **Brief description:**<br>**1 Sofa, 1 Love Seat, 3 Chairs, 1 End Table, 1 Dinning Room Table, 2 Chairs, 2 Bench, 1 Kitchen Table, 4 Chairs, 5 Beds, 11**<br><br>Line from *Schedule A/B:* __6__ | **$2,500.00** | ☑ __$2,500.00__<br>☐ 100% of fair market value, up to any | Va. Code Ann. § 34-26(4a) |
| **Brief description:**<br>**2 Rugger 9mm, 357 M, 44, 38, 2 (22) 3 Rifles**<br>Line from *Schedule A/B:* __10__ | **$1,000.00** | ☑ __$1,000.00__<br>☐ 100% of fair market value, up to any | Va. Code Ann. § 34-26(4b) |

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | | Case number (if known) **16-60617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for* | |
| Brief description: **Men's & Women's Clothing** Line from *Schedule A/B*: **11** | **$500.00** | ☑ **$500.00** ☐ 100% of fair market value, up to any | Va. Code Ann. § 34-26(4) |
| Brief description: **Wedding Rings Bracelets, Earrings, Rings** Line from *Schedule A/B*: **12** | **$600.00** | ☑ **$600.00** ☐ 100% of fair market value, up to any | Va. Code Ann. § 34-4 |
| Brief description: **Cash** Line from *Schedule A/B*: **16** | **$25.00** | ☑ **$12.00** ☐ 100% of fair market value, up to any | Va. Code Ann. § 34-4 |
| Brief description: **BB&T Checking account** Line from *Schedule A/B*: **17.1** | **$25.00** | ☑ **$12.00** ☐ 100% of fair market value, up to any | Va. Code Ann. § 34-4 |
| Brief description: **Business Checking** Line from *Schedule A/B*: **17.2** | **$1,200.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any | |
| Brief description: **Checking account FNBA** Line from *Schedule A/B*: **17.3** | **$24.00** | ☑ **$12.00** ☐ 100% of fair market value, up to any | |
| Brief description: **Potential funds due to Debtor, unknown at this time, including State & Federal tax refunds, possible garnishment funds, insurance proceeds, proceeds related to claims or causes of action that may be asserted by the Debtor any claim for earned but unpaid wages and/or** Line from *Schedule A/B*: **35** | **$1.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any | Va. Code Ann. § 34-4 |
| Brief description: **2 Snap On Tool Boxes, Hand Tools & Miscellaneous small tools, Drills, Air** Line from *Schedule A/B*: **40** | **$8,000.00** | ☑ **$8,000.00** ☐ 100% of fair market value, up to any | Va. Code Ann. § 34-26(7) |

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Additional Page** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
| | Copy the value from *Schedule A/B* | *Check only one box for* | |
| Brief description:<br>**2 Riding Lawn Moyers**<br><br>Line from *Schedule A/B:* __**40**__ | __$800.00__ | ☑ __$800.00__<br>☐ 100% of fair market value, up to any | Va. Code Ann. § 34-4 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Winter** | **Lynn** | **DeJarnette** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number  **16-60617**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying**
**correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this**

1. **Do any creditors have claims secured by your property?**

   ☑ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form

   ☐ Yes.  Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured
claim, list the creditor separately for each claim.  If more
than one
creditor has a particular claim, list the other creditors in

| Column A | Column B | Column C |
|---|---|---|
| **Amount of claim** | **Value of collateral** | **Unsecured** |
| Do not deduct the | that supports this | **portion** |
| value of collateral | claim | If any |

**Add the dollar value of your entries in Column A on this page.  Write**
**that number here:**                                              _____ **$0.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory<br><sub>First Name</sub> | Alan<br><sub>Middle Name</sub> | DeJarnette<br><sub>Last Name</sub> |
| Debtor 2<br>(Spouse, if filing) | Winter<br><sub>First Name</sub> | Lynn<br><sub>Middle Name</sub> | DeJarnette<br><sub>Last Name</sub> |

United States Bankruptcy Court for the: WESTERN DISTRICT OF VIRGINIA

Case number (if known)  16-60617

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:      List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No.  Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $1.00 | $1.00 | $0.00 |

**Internal Revenue Service\*\*\***
<sub>Priority Creditor's Name</sub>
**P O Box 7346**
<sub>Number          Street</sub>

**Philadelphia        PA        19114-7346**
<sub>City                    State        ZIP Code</sub>

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   1   0   8   5

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

### 2.2

| | $1.00 | $1.00 | $0.00 |

**Internal Revenue Service\*\*\***
Priority Creditor's Name

**P O Box 7346**
Number        Street

_____

**Philadelphia        PA        19114-7346**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1   4   1   5

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

### 2.3

| | $1.00 | $1.00 | $0.00 |

**Va Department Of Taxation\***
Priority Creditor's Name

**Bankruptcy Unit**
Number        Street

**P O Box 2156**

_____

**Richmond        VA        23218-0000**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1   0   8   5

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other.  Specify

| Debtor 1 | Gregory | Alan | DeJarnette | Case number (if known) | 16-60617 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with you other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what

type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim,

|  | **Total claim** |
|---|---|

| **4.1** | | $12,158.00 |
|---|---|---|

**Concord Automotive LLC**
Nonpriority Creditor's Name

**1481 Doss Road**
Number        Street

**Concord**            **VA**    **24538**
City            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Judgment**

| **4.2** | | $860.00 |
|---|---|---|

**Creditors Collection Service/CCS**
Nonpriority Creditor's Name

**PO Box 21504**
Number        Street

**Roanoke**            **VA**    **24018**
City            State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 9   2   0   4

**When was the debt incurred?** 09/2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Medical**

| Debtor 1 | Gregory | Alan | DeJarnette | Case number (if known) 16-60617 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.3

**$520.00**

**Creditors Collection Service/CCS**
Nonpriority Creditor's Name

**PO Box 21504**
Number        Street

_____

**Roanoke**     **VA**    **24018**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8 _ 1 _ 7 _ 6

**When was the debt incurred?** 09/2015

**As of the date you file, the claim is** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical**

### 4.4

**$192.00**

**Creditors Collection Service/CCS**
Nonpriority Creditor's Name

**PO Box 21504**
Number        Street

_____

**Roanoke**     **VA**    **24018**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0 _ 5 _ 8 _ 1

**When was the debt incurred?** 11/2015

**As of the date you file, the claim is** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical**

### 4.5

**$107.00**

**Creditors Collection Service/CCS**
Nonpriority Creditor's Name

**PO Box 21504**
Number        Street

_____

**Roanoke**     **VA**    **24018**
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5 _ 1 _ 6 _ 6

**When was the debt incurred?** 11/2015

**As of the date you file, the claim is** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical**

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | | Case number (if known) **16-60617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6
$686.00

**Focus Recovery Solutions**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**9701 Metropolitan Court  Ste B**

**Richmond**          **VA**    **23236**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **5   9   6   A**
**When was the debt incurred?** **11/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Medical**

### 4.7
$1,500.00

**Jim Price Chevrolet**
Nonpriority Creditor's Name
**2150 Seminole Trail**
Number        Street

**Charlottesville**      **VA**    **22901**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **___   ___   ___   ___**
**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Open Account**

### 4.8
$1,389.00

**Portfolio Recovery**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 41067**

**Norfolk**          **VA**    **23541**
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **5   1   4   1**
**When was the debt incurred?** **2010**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify **Credit Card**

---

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.9**

$10,096.00

**Sca Cred Svc**
Nonpriority Creditor's Name
**1502 Williamson Ro**
Number        Street

**Roanoke**          **VA**   **24012**
City                State   ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1  2  3  7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical**

Debtor 1    **Gregory**        **Alan**        **DeJarnette**        Case number (if known) **16-60617**
         First Name    Middle Name    Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.

For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified

---

**Capital One Bank**
Name
**PO Box 85147**
Number       Street


**Richmond**         **VA**    **23276-0000**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.8__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Centra Health Emergency Services**
Name
**PO Box 2080**
Number       Street


**Kilmarnock**         **VA**    **22482**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.2__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Centra Medical Group Surgical Specialist**
Name
**2010 Atherholt Road**
Number       Street


**Lynchburg**         **VA**    **24501**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.3__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Lynchburg General Hospital \***
Name
**PO Box 2496**
Number       Street


**Lynchburg**         **VA**    **24501-0496**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.9__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Lynchburg General Hospital \***
Name
**PO Box 2496**
Number       Street


**Lynchburg**         **VA**    **24501-0496**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.5__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Orthopaedic Center of Central Va**
Name
**2405 Atherholt Rd.**
Number       Street


**Lynchburg**         **VA**    **24501**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.4__ of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number *(if known)* | **16-60617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="border-bottom: 2px solid black"></div>

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Radiology Consultants of Lynchburg**
Name
**113 Nationwide Drive**
Number        Street

**Lynchburg**        **VA**    **24502-0000**
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line __**4.6**__ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ ___ ___ ___

---

**Robert G Loutzenhiser**
Name
**Unknown Address**
Number        Street
**Open Account**



City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __8_  _7_  _0_  _0_

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

Total claims
from Part 1

| 6a. | **Domestic support obligations** | 6a. | **$0.00** |
|---|---|---|---|
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$3.00** |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$3.00** |

**Total claim**

Total claims
from Part 2

| 6f. | **Student loans** | 6f. | **$0.00** |
|---|---|---|---|
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$27,508.00** |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$27,508.00** |

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | <u>**Gregory**</u>   <u>**Alan**</u>   <u>**DeJarnette**</u> | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 <br>(Spouse, if filing) | <u>**Winter**</u>   <u>**Lynn**</u>   <u>**DeJarnette**</u> | |
| | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the | **WESTERN DISTRICT OF VIRGINIA** | |
| Case number <br>(if known) | <u>**16-60617**</u> | |

☐ Check if this is an
amended filing

<u>Official Form 106G</u>

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this

1.  **Do you have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

        **Person or company with whom you have the contract or lease   State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Winter** | **Lynn** | **DeJarnette** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number **16-60617**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No.  Go to line 3.
   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Winter** | **Lynn** | **DeJarnette** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number  **16-60617**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally
responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you,
include information about your spouse. If you are separated and your spouse is not filing with you, do not include
information
about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write

### Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Self Employed | Self Employed |
| **Employer's name** | Lone Wolf Diesal Repair | Lone Wolf |
| **Employer's address** | 11934 Richmond Highway | 11934 Richmond Highway |
| | Number    Street | Number    Street |
| | | |
| | Concord      VA    24538 | Concord      VA    24538 |
| | City          State   Zip Code | City          State   Zip Code |

How long employed there?  _____          _____

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your
non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the
lines below. If

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,000.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$2,000.00** | **$0.00** |

Debtor 1   **Gregory**          **Alan**          **DeJarnette**          Case number (if known) **16-60617**

First Name          Middle Name          Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................. ➔ | 4. | **$2,000.00** | **$0.00** |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| **5e.** Insurance | 5e. | $0.00 | $0.00 |
| **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| **5g.** Union dues | 5g. | $0.00 | $0.00 |
| **5h.** Other deductions. Specify: _____ | 5h.**+** | $0.00 | $0.00 |

**6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. — 6. $0.00 / $0.00

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. **$2,000.00** / **$0.00**

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$700.00** | **$0.00** |

Attach a statement for each property and business showing gross receipts, ordinary and necessary business

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |

Include alimony, spousal support, child support, maintenance,

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| **8e.** Social Security | 8e. | $0.00 | $0.00 |

**8f.** **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Specify: _____ | 8f. | $0.00 | $0.00 |
| **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| **8h.** Other monthly income. Specify: **Contribution from Tax Refund** | 8h.**+** | $0.00 | **$250.00** |

**9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. **$700.00** / **$250.00**

**10.** **Calculate monthly income.** Add line 7 + line 9. 10. **$2,700.00** + **$250.00** = **$2,950.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Specify: _____ 11. **+** **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. 12. **$2,950.00**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain: | Husband and wife are sole proprietors DBA Lone Wolf Diesal. Husband receives $2,000/mo salary. End of year 6 mos avg used for business income for profit. |

Official Form 106I                 **Schedule I: Your Income**                 page 2

Debtor 1 **Gregory**          **Alan**          **DeJarnette**          Case number (if known) **16-60617**
First Name          Middle Name          Last Name

8a.  Attached Statement (Debtor 1)

### Lone Wolfe

**Gross Monthly Income:**                                                          $700.00

Expense                                    Category                         Amount

**Total Monthly Expenses**                                                     $0.00
**Net Monthly Income:**                                                         $700.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Winter** | **Lynn** | **DeJarnette** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number **16-60617**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**
  ☑ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**        ☐ No

Do not list Debtor 1 and          ☑ Yes. Fill out this information
Debtor 2.                              for each dependent...............

Do not state the
dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **17** | ☐ No ☑ Yes |
| **Daughter** | **17** | ☐ No ☑ Yes |
| **Daughter** | **16** | ☐ No ☑ Yes |
| **Son** | **19** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |

**3.    Do your expenses include
expenses of people other than
yourself and your dependents?**
☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13
case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the
top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| **4.    The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$500.00** |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. | |
| 4b.    Property, homeowner's, or renter's insurance | 4b. | |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. | **$30.00** |
| 4d.    Homeowner's association or condominium dues | 4d. | |

Debtor 1  __Gregory__        __Alan__         __DeJarnette__                    Case number (if known)__16-60617__
　　　　　First Name        Middle Name       Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | _____**$300.00** |
| | 6b. Water, sewer, garbage collection | 6b. | _____ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | _____**$90.00** |
| | 6d. Other. Specify:_____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | _____**$850.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | _____**$200.00** |
| 10. | **Personal care products and services** | 10. | _____**$100.00** |
| 11. | **Medical and dental expenses** | 11. | _____**$120.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | _____ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____**$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | _____ |
| | 15b. Health insurance | 15b. | _____ |
| | 15c. Vehicle insurance | 15c. | _____ |
| | 15d. Other insurance. Specify:**Prescriptions** | 15d. | _____**$80.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | _____ |
| | 17b. Car payments for Vehicle 2 | 17b. | _____ |
| | 17c. Other. Specify:_____ | 17c. | _____ |
| | 17d. Other. Specify:_____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | _____ |
| | 20b. Real estate taxes | 20b. | _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | _____ |
| | 20e. Homeowner's association or condominium dues | 20e. | _____ |

Debtor 1  __Gregory__          __Alan__          __DeJarnette__              Case number (if known) __16-60617__
    First Name          Middle Name          Last Name

**21.** **Other.** Specify: __See continuation sheet__ _____ 21. **+** _____ **$130.00**

**22.** **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.                                                                22a. | _____ **$2,500.00**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. | _____

    22c.  Add line 22a and 22b.  The result is your monthly expenses.                         22c. | _____ **$2,500.00**

**23.** **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.                       23a. _____ **$2,950.00**

    23b.  Copy your monthly expenses from line 22c above.                                     23b. **−** _____ **$2,500.00**

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                                              23c. | _____ **$450.00**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage

    ☐ No.
    ☑ Yes.  Explain here:
            **They do not have health insurance.**

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) | **16-60617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21.  <u>Other.  Specify:</u>**

**Pet Care/Food**

$60.00

$70.00

**Total:** | $130.00

**Fill in this information to identify your case:**

| Debtor 1 | Gregory | Alan | DeJarnette |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | Winter | Lynn | DeJarnette |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the WESTERN DISTRICT OF VIRGINIA

Case number 16-60617
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying**
**correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended**

## Part 1:     Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.............................................. | $0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $41,972.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................... | $41,972.00 |

## Part 2:     Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Sch | $0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................... | $3.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............. + | $27,508.00 |
| | **Your total liabilities** | $27,511.00 |

## Part 3:     Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................. | $2,950.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J........................................................... | $2,500.00 |

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | | Case number (if known) **16-60617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income* **:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $2,700.00

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

   | | Total claim |
   |---|---|
   | **From Part 4 on** *Schedule E/F,* **copy the following:** | |
   | 9a.  Domestic support obligations.  (Copy line 6a.) | $0.00 |
   | 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | $3.00 |
   | 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
   | 9d.  Student loans.  (Copy line 6f.) | $0.00 |
   | 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
   | 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) **+** | $0.00 |
   | 9g.  **Total.**  Add lines 9a through 9f. | $3.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Winter** | **Lynn** | **DeJarnette** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number **16-60617**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement,
concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to
$250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                                                    *Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they
are

X _____          X _____
Gregory Alan DeJarnette, Debtor 1               Winter Lynn DeJarnette, Debtor 2

Date _____                          Date _____
        MM / DD / YYYY                                   MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Winter** | **Lynn** | **DeJarnette** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number **16-60617**
(if known)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**
    ☑ Married
    ☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
    Washington, and Wisconsin.)
    ☑ No
    ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtor* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year**<br>**until** | ☑ Wages,<br>commissions,<br>☐ Operating a business | **$6,000.00** | ☑ Wages,<br>commissions,<br>☐ Operating a business | **$0.00** |
| **For the last calendar year:**<br><br>(January 1 to December 31 **2015** )<br>        YYYY | ☑ Wages,<br>commissions,<br>☐ Operating a business | **$58,000.00** | ☑ Wages,<br>commissions,<br>☐ Operating a business | **$0.00** |
| **For the calendar year before that:**<br><br>(January 1 to December 31 **2014** )<br>        YYYY | ☑ Wages,<br>commissions,<br>☐ Operating a business | **$58,000.00** | ☑ Wages,<br>commissions,<br>☐ Operating a business | **$0.00** |

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
| | First Name | Middle Name | Last Name | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until** | ☐ Wages, commissions, <br> ☑ Operating a business | **$20,000.00** | ☐ Wages, commissions, <br> ☐ Operating a business | |
| **For the last calendar year:** <br> (January 1 to December 31 2015 ) <br> YYYY | ☐ Wages, commissions, <br> ☑ Operating a business | **$12,000.00** | ☐ Wages, commissions, <br> ☐ Operating a business | |
| **For the calendar year before that:** <br> (January 1 to December 31 2014 ) <br> YYYY | ☐ Wages, commissions, <br> ☑ Operating a business | **$240,000.00** | ☐ Wages, commissions, <br> ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security;
   unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
   and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under

☑ No
☐ Yes.  Fill in the details.

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support

\* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic

☑ No
☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Concord Automotive LLC  v | Warrant in Detinue | **Campbell County General District Court** | ☑ Pending |
| **Lone Wolf Diesel & Greg/Winter** | | Court Name | ☐ On appeal |
| **DeJarnette** | | **PO Box 97** | ☐ Concluded |
| | | Number    Street | |
| Case number **GV15002393-00** | | | |
| | | **Rustburg**            **VA**      **24588-0000** | |
| | | City                State        ZIP Code | |

Debtor 1   **Gregory**        **Alan**        **DeJarnette**            Case number (if known) **16-60617**
           First Name         Middle Name     Last Name

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**Case title**
Lone Wolf Diesel Repair  v.
C&C Automotive

**Nature of the case**
Warrant in Debt

**Court or agency**
**Campbell County General District Court**
Court Name
**PO Box 97**
Number        Street

Case number **GV15002477-00**

**Rustburg**          **VA**    **24588-0000**
City                 State     ZIP Code

**Status of the case**
☐ Pending
☐ On appeal
☒ Concluded

---

**Case title**
Concord Automotive LLC  v
Lone Wolf Diesel & Greg/Winter
DeJarnette

**Nature of the case**
Warrant in Debt

**Court or agency**
**Campbell County General District Court**
Court Name
**PO Box 97**
Number        Street

Case number **GV15002392-00**

**Rustburg**          **VA**    **24588-0000**
City                 State     ZIP Code

**Status of the case**
☐ Pending
☐ On appeal
☒ Concluded

---

**Case title**
Robert G Loutzenhiser  v.  Greg
& Winter DeJarnette

**Nature of the case**
Warrant in Debt

**Court or agency**
**Appomattox General District Court**
Court Name
**Courthouse Bldg-PO Box 187**
Number        Street

Case number **GV15000287-00**

**Appomattox**          **VA**    **24522-0000**
City                    State     ZIP Code

**Status of the case**
☐ Pending
☐ On appeal
☒ Concluded

---

**Case title**
Concord Automotive LLC  v.
Lone Wolf Diesel Repair

**Nature of the case**
Writ of Fieri Facias

**Court or agency**
**Campbell County General District Court**
Court Name
**PO Box 97**
Number        Street

Case number **GV15002392-00**

**Rustburg**          **VA**    **24588-0000**
City                 State     ZIP Code

**Status of the case**
☐ Pending
☐ On appeal
☐ Concluded

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

    ☒ No
    ☐ Yes.  Fill in the details.

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of

    ☒ No
    ☐ Yes

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire,**

☑ No
☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cox Law Group, PLLC** | See Exhibit A to Form 2016 | | |
| Person Who Was Paid | | | |
| **900 Lakeside Drive** | | **03/17/2016** | **$550.00** |
| Number        Street | | | |
| **Lynchburg**        **VA**    **24501-3602** | | | |
| City                State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | | Case number (if known) | **16-60617** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).

☐ No
☑ Yes. Fill in the details.

| **Unrelated Third Party** | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
|---|---|---|---|
| Person Who Received Transfer | 1992 Chevy Silverado | | |
| | $1,200.00 | | _05/2015_ |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you **unrelated** | | | |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage

☐ No
☑ Yes. Fill in the details.

| | **Last 4 digits of account** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|
| **First National Bank of Altavista** | | | | |
| Name of Financial Institution | XXXX-  __ __ __ __ | ☑ Checking | 0 | $0.00 |
| **Rust burg** | | ☐ Savings | | |
| Number    Street | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| | | ☐ Other | | |
| City    State    ZIP Code | | | | |

| Debtor 1 | **Gregory** | **Alan** | **DeJarnette** | Case number (if known) **16-60617** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository
for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for,
or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of
hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium,
including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or
utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic
substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an
environmental

☑ No
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?
☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements
and

☑ No
☐ Yes. Fill in the details.

Debtor 1 __Gregory__ _____ __Alan__ _____ __DeJarnette__ _____   Case number (if known) __16-60617__ _____
      First Name              Middle Name             Last Name

## Part 11:   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

  ☐ No. None of the above applies. Go to Part 12.
  ☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| __Lone Wolf Diesel Repairs__ | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
| Business Name | | |
| __11934 Richmond Hwy__ | | EIN: ___ ___ − ___ ___ ___ ___ ___ ___ ___ |
| Number    Street | **Name of accountant or bookkeeper** | |
| _____ | | **Dates business existed** |
| __Concord__ ____ __VA__ __24538__ | | From ____2004____ To __PRESENT__ |
| City       State    ZIP Code | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**
    **Include**

  ☑ No
  ☐ Yes. Fill in the details below.

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,

X _____   X _____
   Gregory Alan DeJarnette, Debtor 1           Winter Lynn DeJarnette, Debtor 2

   Date _____                 Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice,*
                                              *Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.**
  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

---

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |       |                    |
|---|-------|--------------------|
|   | $245  | filing fee         |
|   | $75   | administrative fee |
| + | $15   | trustee surcharge  |
|   | $335  | total fee          |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- **fraud or theft;**

- fraud or defalcation while acting in breach of fiduciary capacity;

- **intentional injuries that you inflicted; and**

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form--sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| **+** | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

● If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

● All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

### In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

In re  **Gregory Alan DeJarnette**

**Winter Lynn DeJarnette**

Case No.  **16-60617**

Chapter  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................   **$4,000.00**

Prior to the filing of this statement I have received.....................................................   **$0.00**

Balance Due..............................................................................................................   **$4,000.00**

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor          ☒ Other (specify)

   **To be paid by the Chapter 13 Trustee.  See Exhibit A.**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
            *Date*                         *Janice Hansen for Cox Law Group, PLLC*   Bar No.  66603
                                            Cox Law Group, PLLC
                                            900 Lakeside Drive
                                            Lynchburg, VA  24501-3602

---

_____          _____
**Gregory Alan DeJarnette**                **Winter Lynn DeJarnette**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE:    Gregory Alan DeJarnette

Winter Lynn DeJarnette

CASE NO    **16-60617**

CHAPTER    **13**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____          Signature _____

***Gregory Alan DeJarnette***

Date _____          Signature _____

***Winter Lynn DeJarnette***

Capital One Bank
PO Box 85147
Richmond, VA 23276-0000


Centra Health Emergency Services
PO Box 2080
Kilmarnock, VA  22482


Centra Medical Group Surgical Specialist
2010 Atherholt Road
Lynchburg, VA 24501


Concord Automotive LLC
1481 Doss Road
Concord, VA 24538


Creditors Collection Service/CCS
PO Box 21504
Roanoke, VA 24018


Focus Recovery Solutions
Attn: Bankruptcy
9701 Metropolitan Court  Ste B
Richmond, VA 23236

Internal Revenue Service***
P O Box 7346
Philadelphia, PA 19114-7346


Jim Price Chevrolet
2150 Seminole Trail
Charlottesville, VA 22901


Lynchburg General Hospital *
PO Box 2496
Lynchburg, VA 24501-0496

Orthopaedic Center of Central Va
2405 Atherholt Rd.
Lynchburg, VA 24501


Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Radiology Consultants of Lynchburg
113 Nationwide Drive
Lynchburg, VA 24502-0000


Robert G Loutzenhiser
Unknown Address



Sca Cred Svc
1502 Williamson Ro
Roanoke, VA 24012


Va Department Of Taxation*
Bankruptcy Unit
P O Box 2156
Richmond, VA 23218-0000

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1  **Gregory**      **Alan**        **DeJarnette**
　　　　　First Name　　Middle Name　　Last Name

Debtor 2  **Winter**       **Lynn**        **DeJarnette**
(Spouse, if filing) First Name　Middle Name　Last Name

United States Bankruptcy Court for the **WESTERN DISTRICT OF VIRGINIA**

Case number  **16-60617**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

_____

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $2,000.00 | $0.00 |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | Debtor 2 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $700.00 | | $0.00 | | | |
| Ordinary and necessary operating expenses | $0.00 | − | $0.00 | | | |
| Net monthly income from a business, profession, or farm | $700.00 | | $0.00 | **Copy here ➜** | $700.00 | $0.00 |

Debtor 1   **Gregory**　　　**Alan**　　　**DeJarnette**　　　　　Case number (if known) **16-60617**
　　　　　　First Name　　　Middle Name　　　Last Name

| | Column A | Column B |
|---|---|---|
| | **Debtor 1** | **Debtor 2 or non-filing spouse** |

**6.  Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | $0.00 − | $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 **Copy here ➔** | $0.00 | $0.00 |

**7.  Interest, dividends, and royalties** 　　　　　　　　　　　　　　　　$0.00　　$0.00

**8.  Unemployment compensation** 　　　　　　　　　　　　　　　　　$0.00　　$0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ......↓

For you.....................................................................  $0.00

For your spouse........................................................  $0.00

**9.  Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. 　　　　　　　　　$0.00　　$0.00

**10. Income from all other sources not listed above.** Specify the source and amount.  Do not include any benefits received under the Social Security Act

or payments received as a victim of a war crime, a crime against

humanity,

_____   _____   _____

_____   _____   _____

Total amounts from separate pages, if any. 　　　　　　　　+ _____   + _____

**11. Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B. 　　$2,700.00 + $0.00 = $2,700.00

**Total average monthly income**

**Part 2:**　　**Determine How to Measure Your Deductions from Income**

**12. Copy your total average monthly income from line 11.** .............................................................  $2,700.00

**13. Calculate the marital adjustment.** Check one:

☐ You are not married.  Fill in 0 below.

☑ You are married and your spouse is filing with you.  Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses

of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other

than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose.

If

_____   _____

_____   _____

_____ + _____

Total..................................................................  $0.00   **Copy here ➔** 　　− $0.00

**14. Your current monthly income.** Subtract the total in line 13 from line 12. 　　　$2,700.00

Debtor 1  **Gregory**          **Alan**              **DeJarnette**                    Case number (if known) **16-60617**
       First Name        Middle Name        Last Name

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here➡ ........................................................................................    $2,700.00

      Multiply line 15a by 12 (the number of months in a year).        X    12

15b. The result is your current monthly income for the year for this part of the form. ............................   **$32,400.00**

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.        **Virginia**

16b. Fill in the number of people in your household.       **6**

16c. Fill in the median family income for your state and size of household........................................   $108,823.00
      To find a list of applicable median income amounts, go online using the link specified in
      the separate

**17. How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

---

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

**18. Copy your total average monthly income from line 11.**...................................................    $2,700.00

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ................................ —    $0.00

19b. **Subtract line 19a from line 18.**                    **$2,700.00**

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b...............................................................................................    $2,700.00

      Multiply by 12 (the number of months in a year).        X    12

20b. The result is your current monthly income for the year for this part of the form.    **$32,400.00**

20c. Copy the median family income for your state and size of household from line 16c. .....................   **$108,823.00**

**21. How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* **Go to Part 4.**

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* **Go to Part 4.**

---

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____       X _____
  Gregory Alan DeJarnette, Debtor 1            Winter Lynn DeJarnette, Debtor 2

  Date _____              Date _____
        MM / DD / YYYY                   MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.