## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE:  Gregory Alan DeJarnette                  CHAPTER 13
       Winter Lynn DeJarnette                      CASE NO 16-60617
       d/b/a Lone Wolf Diesel Repair

            Debtor

## MOTION FOR AN ORDER PROHIBITING THE DEBTOR FROM DISPOSING OF OR SELLING A 2003 CHEVROLET SILVERADO PROCURRED FROM CONCORD AUTOMOTIVE LLC BY FRAUD PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE

COMES NOW, Concord Automotive, LLC d/b/a C&C Automotive (hereinafter referred to as "Concord") by counsel and moves the court for the appropriate order prohibiting the Debtor from disposing of or selling a 2003 Chevrolet Silverado which title was procured from Concord by virtue of fraud and which was titled in the Debtors name in contravention of the Order of the Campbell County General District Court and states to the court as follows:

1. That on or about March 30, 2016, Debtors filed a Chapter 13 Bankruptcy.  At the time of the filing Debtor listed a certain debt to Concord as an unsecured creditor in the amount of $12,158.00.  Also listed in the Debtor's Bankruptcy petition is a 2003 Chevrolet Silverado.

2. That on or about January 4, 2016 a hearing was held in the Campbell County General District Court pursuant to a warrant in detinue filed by Concord against the Debtor for the return of the 2003 Chevrolet Silverado which the Debtor had illegally held in their possession since April, 2015.  (See attached Exhibit "A")

On the date of the hearing Concord was in possession of a transferred title which was being held pursuant to the Virginia Auto Dealer laws for the State of Virginia. (See Attached Exhibit "B")

3. That upon the hearing of the evidence, Judge Stephanie Maddox, instructed the Debtors to take no further action relating to the filing of the mechanics lien and the title transfer pending her ruling on this matter.

4. Notwithstanding the direction and order of the Court to the Debtors, the Debtors did take immediate action to file the mechanics lien and 21 days after the hearing a new title was issued in the name of the Debtors.  (See Attached Carfax Report Exhibit "C").

5. That on February 1, 2016, Judge Maddox issued a written order detailing her decision and awarded Judgment against the Debtor's in the amount of $12,158.00 plus $78.00 in court cost and further awarded possession of the 2003 Chevrolet Silverado to be returned to Concord within 10 days. The court instructed the parties that the order would be entered on February 19, 2016. (See Attached Exhibit "D").

6. Notwithstanding the Court order, Debtors did continue to withhold the vehicle from Concord and stated that "you will never get it".

7. That on March 7, 2016, Concord did file a Motion to Amend or Review its previous order.  (See Attached Exhibit "E")

8. That on March 29, 2016, Concord did once again appear before Judge Maddox in the Campbell County General District Court, informing the court of the actions of the Debtors and asking for the Court to award immediate possession and seizure

of the vehicle.  It was at this time that the court again acknowledged that it had instructed the Debtors at the previous hearing to take no action to pursue a mechanic lien transfer of the title and ordered detinue seizure.  (See Attached Transcript Exhibit "F" and Court Order dated March 29, 2016 Exhibit "G")

9. That on March 29, 2016, a Writs of Possession and Fieri Facias in Detinue was entered and was delivered to the Sheriff's office on March 29, 2016.

10. That on March 30, 2016, did execute and serve the Writ on the Defendant.  (See Attached Exhibit "H").

11. That on March 29, 2016, a show cause order was issued by the Campbell County General District Court for violation of the Order of that court and set an advisement hearing for April 14, 2016 at 8:30 am.  At which time the Debtors appeared for an advisement hearing and a hearing date was set for May 12, 2016 at 8:30 am. (See Attached Exhibit "I").

12. That notwithstanding the seriousness of the Show Cause of the Campbell County General District Court, the Debtor did send a text to Andy Viar, a former employee of Concord, at 12:18 pm, the same day, offering to sell the 2003 Chevrolet Silverado to him in contravention of the Campbell County General District Court Order and in contravention of the Bankruptcy law which prohibit a Debtor from disposing of any asset without first obtaining approval of the Bankruptcy Court.  (See Attached Exhibit "J").

13. That the history of this Debtors action raise serious concerns of his intentions concerning the 2003 Chevrolet Silverado and his utter disregard for the Orders of the State Court and the Orders of the Bankruptcy Court.

14. That Concord intends to file a Motion before this Court to Determine Ownership of the title of the 2003 Chevrolet Silverado and for the turnover of the vehicle which the Debtors fraudulently transferred into their name in contravention of the Order of the Campbell County General District Court.

15. Section 105 of the Bankruptcy Code provides that "[t]he Court may enter any order, process or judgment that is necessary or appropriate to carry out the provisions of this title. No provisions of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process."

Wherefore, Concord, by Counsel prays for an Order that puts the Debtors on notice and orders that Debtor to cease any attempt to sell or dispose of the 2003 Chevrolet Silverado pending further hearing of this Court and that further should the Debtors act in a way that is not in compliance with this Court order that this Court will sanction the Debtors and hold them in contempt of this Court and further that such action shall constitute a ground for dismissal from the Bankruptcy proceedings with a bar of 2 years from refiling.

Concord Automotive, LLC d/b/a
C&C Automotive

by: /s/Stephen E. Dunn, Esq.
Counsel for the Debtor

Stephen E. Dunn, Esq.
Stephen E. Dunn, PLLC
Counsel for Debtor(s)
201 Enterprise Drive, Suite A
Forest, VA  24551

## CERTIFICATE OF SERVICE

I, Stephen E. Dunn, do hereby certify that a copy of the foregoing Motion to the Debtor by first class mail and to the Counsel for the Debtor by ECF on this 25th day of April, 2015.

/s/Stephen E. Dunn
Stephen E. Dunn

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE:  Gregory Alan DeJarnette                    CHAPTER 13
          Winter Lynn DeJarnette                    CASE NO 16-60617
          d/b/a Lone Wolf Diesel Repair


**NOTICE OF EMERGENCY HEARING ON MOTION FOR AN ORDER PROHIBITING THE DEBTOR FROM DISPOSING OF OR SELLING A 2003 CHEVROLET SILVERADO PROCURRED FROM CONCORD AUTOMOTIVE LLC BY FRAUD PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE**


       Please take notice that Stephen E. Dunn, Counsel for the above-named Debtors, has filed a Motion, a true copy of which is attached hereto, and shall submit the same to the Honorable Rebecca B. Connelly, Bankruptcy Judge, for a hearing on ***April 28, 2016*** at 2:00 p.m., or as soon thereafter as the parties may be heard, in the U.S. Bankruptcy Court, 1101 Court Street, Lynchburg, Virginia. Please plan to attend in order to protect your interest.

I, Stephen E. Dunn, Counsel for the Debtors, do hereby certify that a copy of the notice and the motion has been forwarded to the Defendants and Counsel for the Defendant on the aftermentioned date.


Dated:  04/25/2016



                             /s/Stephen E. Dunn
                             Counsel


Stephen E. Dunn, Esq.
Stephen E. Dunn, PLLC
Counsel for Debtor(s)
201 Enterprise Drive, Suite A
Forest, VA  24551

PLAINTIFF'S EXHIBIT A

Blumberg No. 5113

# WARRANT IN DETINUE (CIVIL CLAIM FOR SPECIFIC PERSONAL PROPERTY)

Commonwealth of Virginia, Va. Code §§ 16.1-79, 8.01-114, 8.01-121

........................................................ Campbell County ........................................................ General District Court
CITY OR COUNTY

732 Village Hwy, Rustburg, VA 24588
STREET OR ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:** You are hereby commanded to summon the defendant(s).
**TO THE DEFENDANT(S):** You are summoned to appear before this Court at the above address on

RETURN DATE AND TIME ..... December 7, 2015 9am ..... to answer the Plaintiff(s) civil claim (see below)

DATE ISSUED ..... 11/19/15 ..... [ ] CLERK [ ] DEPUTY CLERK [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim the item(s) below to be unjustly withheld from Plaintiff's possession by Defendant(s).

| ITEM | | ALTERNATE VALUE | ITEM | ALTERNATE VALUE |
|---|---|---|---|---|
| 1. | 2003 Chev Silverado | $15,700.00 | 5. | |
| 2. | VIN#CHK23173F23 | | 6. | |
| 3. | 3128 | | 7. | |
| 4. | | | 8. | |

| TOTAL ALTERNATE VALUE | COSTS | INTEREST AT THE RATE OF %.. 18.00 | AMOUNT CLAIMED AS ATTY'S FEES | DAMAGES CLAIMED DUE TO UNJUST DETENTION |
|---|---|---|---|---|
| $ 15,700.00 | $ | | $ 0.00 | $ 1,292.00 |

Plaintiffs seek possession of the items listed above, or their alternative values, damages resulting from the unjust detention of the items by Defendant(s), attorney's fee as indicated and interest as indicated. The alternate values given as actual value [or] [ ] amount due on written contract of sale for which the items were offered as security.

THE BASIS OF CLAIM IS: [ ] WRITTEN CONTRACT OF SALE [×] OTHER (EXPLAIN)
Plaintiff has legal title to property for resale as valued by NADA

HOMESTEAD EXEMPTION WAIVED? [ ] YES [×] NO [ ] cannot be demanded
November 18, 2015
INTEREST RATE AND BEGINNING DATE

........ Regina Shifflett ........
[ ] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY [×] PLAINTIFF'S EMPLOYEE/AGENT

[ ] JUDGMENT that Plaintiff(s) recover against [ ] named Defendant [ ] named Defendants and/or possession of each item listed above, or its alternate value as shown above, at the election of
[ ] Plaintiff(s) [or] [ ] Defendant(s), (if made within ....... days, then at election of Plaintiff(s)), with the exception of the following item nos. ........

($ ........ Total Alternate Value Recoverable; $ ........ damages with interest:........ $ ........ costs and $ ........ attorney's fee.
INTEREST RATE AND BEGINNING DATE

Homestead exemption waived? [ ] Yes [ ] No [ ] Cannot be demanded
[ ] Judgment for [ ] Named defendant(s) [ ].

[ ] Non-suit [ ] Dismissed ........
Defendant(s) present? [ ] YES [ ] NO

.................................................... DATE ........................ JUDGE

FORM DC-414 (PAGE ONE OF TWO) 10/04 PDF

---

CASE NO. 6V15-2393

Concord Automotive LLC
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
1481 Doss Road

Concord, VA 24538

v

Lone Wolf Diesel Repair
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
Dejarnette, Greg, Winter, & Chris

11934 Richmond Hwy

Concord, VA 24538

## WARRANT IN DETINUE

| RECEIPT NO. | DATE FEE RECEIVED |
|---|---|

* * *

**TO DEFENDANT:** You are not required to appear, however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.

[ ] To dispute this claim, you **must** appear on the return date to try this case.

[ ] To dispute this claim, you **must** appear on the return date for the judge to set another date for trial.

| | ORDERED | DUE |
|---|---|---|
| Bill of Particulars | | |
| Grounds of Defense | | |

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

| JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION. | |
|---|---|
| DATE | |
| CLERK | |

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

HEARING DATE AND TIME
12/7/15
9am

PLAINTIFF'S
EXHIBIT
B

Sep. 9. 2015 9:40AM   Phoenix Rec. Prgm. 651-770-8018   No. 7595



# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF MOTOR VEHICLES

# CERTIFICATE OF TITLE FOR A VEHICLE
### KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

THE DEPARTMENT OF MOTOR VEHICLES, COMMONWEALTH OF VIRGINIA, HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE HAS BEEN MADE FOR THE VEHICLE DESCRIBED HEREON PURSUANT TO THE PROVISIONS OF THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH, AND THAT THE APPLICANT NAMED ON THE FACE HEREON HAS BEEN DULY RECORDED AS THE LAWFUL OWNER OF SAID VEHICLE, AND THAT, FROM THE STATEMENTS OF THE OWNER AND THE RECORDS ON FILE WITH THIS DEPARTMENT, THE HEREON DESCRIBED VEHICLE IS SUBJECT TO THE SECURITY INTEREST RECORDS ON FILE WITH THIS DEPARTMENT, AND AS DESCRIBED HEREON, IF ANY. THE MOTOR VEHICLE LAWS OF THIS COMMONWEALTH ALSO PROVIDE THAT ALL TITLE AND REGISTRATION INFORMATION IN THE OFFICE OF THE DEPARTMENT OF MOTOR VEHICLES IS PRIVILEGED AND ONLY SUBJECT TO DISSEMINATION TO AUTHORIZED AGENCIES, BUSINESS ORGANIZATIONS OR AGENTS, GOVERNMENTAL ENTITIES AND INDIVIDUALS UNDER THE CONDITIONS SPECIFIED BY MOTOR VEHICLE CODE SECTIONS 46.2-208, 46.2-209 AND 46.2-210.

ESTABLISHED  09/18/03  294  ELT24  ORIGINAL

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | VEHICLE BODY | TITLE NO. |
|---|---|---|---|---|
| 1GCHK23173F233128 | 2003 | CHEVROLET TRUCK | | 92289900 |

| EMPTY WGT. | GROSS WGT. | GVWR | GCWR | AXLES | FUEL | SALES TAX PAID | ODOMETER | DATE ISSUED |
|---|---|---|---|---|---|---|---|---|
| 5899 | 10000 | 10000 | | 2 | GAS | 1431.24 | 468 | 11/05/13 |

| OTHER PERTINENT DATA | ODOMETER BRAND | PRIOR TITLE NO. |
|---|---|---|
| 000141 | ACTUAL | |

Name(s) and address(es) of vehicle owners:

TYREE,ANTHONY HAMMOND
355 CHESTNUT LN
AMHERST VA 24521-4345

THIS IS NOT A TITLE NUMBER
G27521954

NO LIENS - LIEN SATISFIED ON 11/05/13

VOID IF ALTERED

---

**A**

*ASSIGNMENT OF TITLE BY OWNER*
*NOTIFY DMV WHEN VEHICLE IS SOLD*

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. The undersigned hereby certifies that the vehicle described in this title has been transferred to the following (printed name and address of Buyer(s).

Buyer's Name  Concord Automotive, LLC DBA CIC Automotive

Street  1487 Ross Road    City, State, Zip  Concord VA 24538

DATE OF SALE  11/8/14

ODOMETER READING (No Tenths)

I certify to the best of my knowledge that the odometer reading is: ☒ACTUAL Mileage  ☐NOT ACTUAL Mileage (odometer discrepancy) ☐IN EXCESS of Mechanical Limits ☐Model year is 10 years or older and was exempt from odometer disclosure in prior state of title (applicant must present out-of-state title showing exemption)

SALE PRICE

Signature of Seller(s)  Anthony H Tyree    Printed Name of Seller(s)  Anthony H. Tyree

Signature of Buyer(s)  Concord Automotive, LLC DBA CIC Automotive    Printed Name of Buyer(s)  Jeffrey L. Case

I am aware of the above odometer certification made by the Seller(s)

VSA3L    I am aware of the above odometer certification made by the Seller(s)    Dealer's No.  48535    Licensing Jurisdiction  Campbell

---

TYREE,ANTHONY HAMMOND
C/O ANTHONY H TYREE
PO BOX 885
AMHERST VA 24521

1435



PLAINTIFF'S
EXHIBIT
Blumberg No. 5113



**2003 CHEVROLET
SILVERADO K2500HD**
VIN: 1GCHK23173F233128

Display CARFAX in my online listings: ON OFF

ENGLISH ESPAÑOL

**Vehicle History Report™**

**Vehicle Highlights™**

**SmartBuyer Checklist™**

**Warranty Check™**

**Buyback Guarantee™**



CARFAX ADVANTAGE DEALER

This report provided free of charge by:

**Wholesale Auto Warehouse**
1481 Doss Rd
Concord, VA 24538
434-993-2525

CARFAX Advantage Dealers are committed to offering a CARFAX Report on every used car they sell.



**CARFAX® Vehicle History Report™**
An independent company established in 1986

US $39.99

**Vehicle Information:**
2003 CHEVROLET SILVERADO K2500HD
VIN: 1GCHK23173F233128
CREW PICKUP
6.6L V8 FI
4 WHEEL DRIVE

**CARFAX Report Provided By:**
Wholesale Auto Warehouse
1481 Doss Rd
Concord, VA 24538
434-993-2525
www.cancautomotive.com/index.shtml

⚠ Accident / Damage reported

👥 **2** Previous owners

✂ **26** Service records available

🚗 Personal vehicle

🌐 Last owned in Virginia

💲 Worth **$4,190** less than retail book value

CAR FOX

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/28/16 at 9:53:45 PM (EDT). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.



**CARFAX Price Calculator™**

Adjust the value of this 2003 Chevrolet Silverado K2500HD based on the information available in this report

**1) Retail Book Value**

$ 0

Enter retail book value here

**2) CARFAX Price Adjustment™**

**- $4,190**

Below retail book value

**3) Adjusted Retail Value**

Begin by entering the retail book value

Start by entering the retail book value from a pricing guide website.

This vehicle is worth less than average, based on information in this report.

Compare adjusted retail value to seller's asking price when making your decision.

| **Ownership History** The number of owners is estimated | 👤 Owner 1 | 👤 Owner 2 |
|---|---|---|
| Year purchased | 2003 | 2016 |
| Type of owner | Personal | Personal |
| Estimated length of ownership | 12 yrs. 4 mo. | 2 months |
| Owned in the following states/provinces | Virginia | Virginia |
| Estimated miles driven per year | 18,299/yr | — |
| Last reported odometer reading | 194,376 | — |

| **Title History** CARFAX guarantees the information in this section | 👤 Owner 1 | 👤 Owner 2 |
|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem |

GUARANTEED - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. Register \| View Terms \| View Certificate



| **Additional History** Not all accidents / issues are reported to CARFAX | 👤 Owner 1 | 👤 Owner 2 |
|---|---|---|
| Total Loss | No Issues | No Issues |



🖨 PRINT



## CARFAX
VEHICLE HISTORY REPORTS

**2003 CHEVROLET
SILVERADO K2500HD**
VIN: 1GCHK23173F233128

Vehicle History Report™

Vehicle Highlights™

SmartBuyer Checklist™

Warranty Check™

Buyback Guarantee™



CARFAX
ADVANTAGE
DEALER

This report provided free of charge by:

**Wholesale Auto Warehouse**
1481 Doss Rd
Concord, VA 24538
434-993-2525

CARFAX Advantage Dealers are
committed to offering a CARFAX Report
on every used car they sell.



### CARFAX Additional History
Not all accidents / issues are reported to CARFAX.

| | Owner 1 | Owner 2 |
|---|---|---|
| **Total Loss** No total loss reported to CARFAX. | ✔ No Issues Reported | ✔ No Issues Reported |
| **Structural Damage** No structural damage reported to CARFAX. | ✔ No Issues Reported | ✔ No Issues Reported |
| **Airbag Deployment** No airbag deployment reported to CARFAX. | ✔ No Issues Reported | ✔ No Issues Reported |
| **Odometer Check** Inconsistent mileage indicated. | ✔ No Issues Indicated | Mileage Inconsistency |
| **Accident / Damage** Accident reported on 11/09/2014. | ⚠ Accident Reported | No New Issues Reported |
| **Manufacturer Recall** No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | ✔ No Recalls Reported | ✔ No Recalls Reported |
| **Basic Warranty** Original warranty estimated to have expired. | Warranty Expired | Warranty Expired |

Tell us what you know about this vehicle

### CARFAX Detailed History
Glossary

**Owner 1**
Purchased: 2003
Type: Personal
Where: Virginia
Est. miles/year: 18,299/yr
Est. length owned: 9/6/03 –
1/25/16
(12 yrs. 4 mo.)

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 05/12/2003 | 10 | Dealer Inventory Acworth, GA | Vehicle offered for sale |
| 05/13/2003 | | Day's Chevrolet & Supercenter Acworth, GA 678-887-5697 dayschevrolet.com | Pre-delivery inspection completed Accessories installed |
| 05/23/2003 | | Day's Chevrolet & Supercenter Acworth, GA 770-974-4446 dayschevrolet.com | Vehicle sold |
| 08/19/2003 | 435 | Service Facility | Vehicle serviced |
| 08/27/2003 | | Dealer Inventory North Carolina | Vehicle sold |
| 08/28/2003 | 442 | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Vehicle serviced Emissions or safety inspection performed |
| 09/06/2003 | | Dealer Inventory Virginia | Vehicle sold |
| 09/06/2003 | | Virginia Motor Vehicle Dept. Madison Heights, VA | Vehicle purchase reported Titled or registered as personal vehicle |
| 09/15/2003 | 443 | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Vehicle serviced |
| 09/18/2003 | 468 | Virginia Motor Vehicle Dept. Madison Heights, VA | Title or registration issued First owner reported |
| 01/30/2004 | 3,028 | Service Facility | Blower motor replaced/repaired Coolant temperature sensor replaced |
| 01/30/2004 | | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Blower motor resistor replaced |
| 06/08/2004 | 6,947 | Service Facility | Maintenance inspection completed Wiper(s) replaced Oil and filter changed Fuel tank replaced Fuel pump replaced |
| 06/08/2004 | | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Oil and filter changed Wipers/washers serviced Fuel level sending unit replaced |
| 06/24/2004 | 7,004 | Service Facility | Vehicle serviced |
| 06/24/2004 | | Brockman Subaru Amherst, VA 434-946-7721 | Vehicle serviced |



CAR
FOX

⌕ PRINT


CARFAX
VEHICLE HISTORY REPORTS

## 2003 CHEVROLET
## SILVERADO K2500HD
VIN: 1GCHK23173F233128

Vehicle History Report™

Vehicle Highlights™

SmartBuyer Checklist™

Warranty Check™

Buyback Guarantee™


CARFAX
ADVANTAGE
DEALER

This report provided free of charge by:

**Wholesale Auto Warehouse**

1481 Doss Rd
Concord, VA 24538
434-993-2525

CARFAX Advantage Dealers are
committed to offering a CARFAX Report
on every used car they sell.

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 06/24/2004 | 7,004 | Service Facility | Vehicle serviced |
| 06/24/2004 | | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Vehicle serviced |
| 07/27/2004 | | Virginia<br>Motor Vehicle Dept.<br>Madison Heights, VA | Title or registration issued |
| 09/08/2004 | 9,033 | Service Facility | Maintenance inspection completed<br>Rear door molding replaced<br>Oil and filter changed |
| 09/08/2004 | | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Recommended maintenance performed |
| 05/23/2005 | 16,908 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Recommended maintenance performed<br>Liftgate/tailgate support cable(s) replaced<br>Fuel filter replaced<br>Air filter replaced<br>Tires rotated |
| 07/29/2005 | | Virginia<br>Motor Vehicle Dept.<br>Amherst, VA | Title or registration issued<br>Registration updated when owner moved<br>the vehicle to a new location |
| 08/29/2005 | 28,051 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Vehicle serviced<br>Emissions or safety inspection performed |
| 07/25/2006 | | Virginia<br>Motor Vehicle Dept.<br>Amherst, VA | Registration issued or renewed<br>Loan or lien reported |
| 08/15/2006 | 36,261 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Vehicle serviced |
| 02/01/2007 | 45,870 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Fuel filter replaced |
| 04/06/2007 | | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Vehicle serviced |
| 08/03/2007 | | Virginia<br>Motor Vehicle Dept.<br>Amherst, VA | Registration issued or renewed<br>Loan or lien reported<br>Registration updated when owner moved<br>the vehicle to a new location |
| 08/29/2007 | 63,103 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Safety inspection performed<br>Emissions or safety inspection performed |
| 09/26/2008 | | Virginia<br>Motor Vehicle Dept.<br>Amherst, VA | Registration issued or renewed<br>Registration updated when owner moved<br>the vehicle to a new location |
| 08/18/2009 | 111,875 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Vehicle serviced<br>Emissions or safety inspection performed |
| 08/21/2009 | | Virginia<br>Motor Vehicle Dept.<br>Amherst, VA | Registration issued or renewed |
| 06/11/2010 | 129,932 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Vehicle serviced |
| 06/28/2010 | 129,959 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Fuel level sending unit replaced |
| 07/13/2010 | | Virginia<br>Motor Vehicle Dept.<br>Amherst, VA | Registration issued or renewed |
| 08/19/2010 | 133,961 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Safety inspection performed<br>Emissions or safety inspection performed |
| 08/16/2011 | | Virginia<br>Motor Vehicle Dept.<br>Amherst, VA | Registration issued or renewed |
| 08/29/2011 | 160,879 | Brockman Subaru<br>Amherst, VA<br>434-946-7721<br>brockmansubaru.com | Maintenance inspection completed<br>Emissions or safety inspection performed |


CAR
FOX



**CARFAX**
VEHICLE HISTORY REPORTS

## 2003 CHEVROLET SILVERADO K2500HD
VIN: 1GCHK23173F233128

**Vehicle History Report**

Vehicle Highlights

SmartBuyer Checklist

Warranty Check

Buyback Guarantee



**CARFAX ADVANTAGE DEALER**

This report provided free of charge by:

**Wholesale Auto Warehouse**

1481 Doss Rd
Concord, VA 24538
434-993-2525

CARFAX Advantage Dealers are committed to offering a CARFAX Report on every used car they sell.

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 08/29/2007 | 63,103 | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Safety inspection performed Emissions or safety inspection performed |
| 09/26/2008 | | Virginia Motor Vehicle Dept. Amherst, VA | Registration issued or renewed Registration updated when owner moved the vehicle to a new location |
| 08/18/2009 | 111,875 | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Vehicle serviced Emissions or safety inspection performed |
| 08/21/2009 | | Virginia Motor Vehicle Dept. Amherst, VA | Registration issued or renewed |
| 06/11/2010 | 129,932 | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Vehicle serviced |
| 06/28/2010 | 129,959 | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Fuel level sending unit replaced |
| 07/13/2010 | | Virginia Motor Vehicle Dept. Amherst, VA | Registration issued or renewed |
| 08/19/2010 | 133,961 | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Safety inspection performed Emissions or safety inspection performed |
| 08/16/2011 | | Virginia Motor Vehicle Dept. Amherst, VA | Registration issued or renewed |
| 08/29/2011 | 160,879 | Brockman Subaru Amherst, VA 434-946-7721 brockmansubaru.com | Maintenance inspection completed Emissions or safety inspection performed |
| 08/09/2012 | | Virginia Motor Vehicle Dept. Amherst, VA | Registration issued or renewed |
| 07/19/2013 | 185,686 | Booth Automotive Rustburg, VA | Oil pressure sender/switch replaced |
| 09/30/2013 | | Virginia Motor Vehicle Dept. Amherst, VA | Registration issued or renewed Loan or lien reported |
| 01/09/2014 | 192,584 | Booth Automotive Rustburg, VA | Fuel filter replaced |
| 04/18/2014 | 194,376 | Booth Automotive Rustburg, VA | Radiator hose clamp replaced Antifreeze/coolant flushed/changed Engine oil/fluid leak checked Engine oil pressure checked |
| 09/04/2014 | | Virginia Motor Vehicle Dept. Amherst, VA | Registration issued or renewed |
| 11/09/2014 | | Virginia Damage Report | Accident reported Involving front impact It hit an animal It hit a deer Airbags did not deploy |

*Greg Dejarnette*

**Owner 2**
Purchased: 2016
Type: Personal
Where: Virginia
Est. length owned: 1/25/16 - present (2 months)

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 01/25/2016 | | Virginia Motor Vehicle Dept. | Vehicle purchase reported |
| 01/26/2016 | 167,210 | Virginia Motor Vehicle Dept. Gladys, VA | Title issued or updated New owner reported |

**MILEAGE INCONSISTENCY**



The mileage reported here conflicts with this vehicle's odometer history. Ask a mechanic or the seller to confirm the actual mileage - this entry may just be a clerical error.

Tell us what you know about this vehicle

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.



**CARFAX** Glossary

View Full Glossary



🖶 PRINT

## 2003 CHEVROLET
## SILVERADO K2500HD
VIN: 1GCHK23173F233128

**Vehicle History Report**

**Vehicle Highlights**

**SmartBuyer Checklist**

**Warranty Check**

**Buyback Guarantee**



This report provided free of charge by:

**Wholesale Auto Warehouse**

1481 Doss Rd
Concord, VA 24538
434-993-2525

CARFAX Advantage Dealers are committed to offering a CARFAX Report on every used car they sell.

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

View Full Glossary

**Accident / Damage Indicator**
CARFAX receives information about accidents in all 50 states, the District of Columbia and Canada. Different information in a vehicle's history can indicate an accident or damage, such as: salvage auction, fire damage, police-reported accident, crash test vehicle, damage disclosure, collision repair facility and automotive recycler records. Not every accident or damage event is reported and not all reported are provided to CARFAX. Details about the accident or damage event when reported to CARFAX (e.g. severity, impact location, airbag deployment) are included on the Vehicle History Report. CARFAX recommends you obtain a vehicle inspection from your dealer or an independent mechanic.

- According to the National Safety Council, Injury Facts, 2015 edition, 8% of the 254 million registered vehicles in the U.S. were involved in an accident in 2013. Over 74% of these were considered minor or moderate.
- CARFAX depends on many sources for its accident / damage data. CARFAX can only report what is in our database on 3/28/16 at 9:53:45 PM (EDT). New data will result in a change to this report.

**Virginia Damage Reports:**
- Provide an estimate of the extent of damage in its accident reports for the following:
  - UNKNOWN: The vehicle damage was unknown at the time of the accident.
  - SEVERE/TOTALED: The vehicle cannot be driven from the accident scene due to severe damage or an injury. This level of damage often results in a Salvage or Junk title.
  - MODERATE: The accident damage affects the operation of the vehicle and/or its parts. Examples include broken windows, trunk lids, doors, bumpers and tires.
  - OVERTURNED: The vehicle rolled over in the accident.
  - MOTOR: The accident damage affects the operation of the vehicles engine and/or its parts.
  - UNDERCARRIAGE: The accident damage affects the undercarriage of the vehicle and/or its parts.
  - FIRE: The accident damage to the vehicle resulted in a fire.
  - NO DAMAGE: The vehicle was not damaged.
- Are required if the estimated damage exceeds $1000

**CARFAX Price Adjustment™**
Accidents, service records, number of owners and many other history factors can affect a vehicle's value. The CARFAX Price Adjustment is a tool that analyzes millions of used car transactions to measure how the combination of all the information reported to CARFAX affects the value of a particular vehicle. The vehicle's retail book value plus the CARFAX Price Adjustment will give you a more accurate measure of the vehicle's value. Use this tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Mileage Inconsistency**
If an odometer reading is less than a previous reading but CARFAX is uncertain whether the discrepancy is a rollback or a clerical error, then CARFAX calls it a "Mileage Inconsistency". In this case, you should verify the mileage with your dealer or a qualified mechanic.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us: 📘 facebook.com/CARFAX 🐦 @CarfaxReports 📷 CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2016 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
3/28/16 9:53:45 PM (EDT)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2003 CHEVROLET SILVERADO vehicle (VIN: 1GCHK23173F233128), which is based on information supplied to CARFAX and available as of 3/28/16 at 9:53 PM (EDT).

| Customer Signature | Date | Dealer Signature | Date |
| --- | --- | --- | --- |







# COMMONWEALTH of VIRGINIA

### Campbell County General District Court
### P.O. Box 97
### 732 Village Highway
### Rustburg, Virginia 24588

STEPHANIE S. MADDOX
JUDGE

AMY S. LEFTWICH
CLERK

TELEPHONE: AREA CODE 434
LYNCHBURG/ALTAVISTA 592-9546
RUSTBURG          332-9546
BROOKNEAL/GLADYS  283-9546
FAX               332-9694

February 1, 2016

Concord Automotive LLC
Attn: Mr. Jeffrey Case
1481 Doss Road
Concord, VA 24538

Lone Wolf Diesel Repairs
Attn: Mr. Gregory Dejarnette
11934 Richmond Highway
Concord, VA 24538

      Re:  Concord Automotive LLC v. Lone Wolf Diesel Repair; Lone Wolf Diesel Repair v.
C & C Automotive, LLC; Concord Automotive LLC v. Lone Wolf Diesel Repair, Warrant in
Detinue

Dear Gentlemen/Ladies:

      Having heard all of the evidence and arguments in the above-styled cases, the Court finds
in the Warrant in Debt case of Concord Automotive, LLC v. Lone Wolf Diesel Repair that Lone
Wolf Diesel Repair (defendant) is liable to Concord Automotive, LLC (plaintiff) in the amount
of $12,158.00. The plaintiff's evidence proved by a preponderance of the evidence that the
defendant contracted to repair a tractor trailer truck used to haul vehicles owned by the plaintiff.
The plaintiff's evidence established that the truck was not properly repaired by the defendant
which caused the plaintiff to incur more monetary damages in the amount of $12,158.00. The
court finds from the evidence that Mr. Chris Wolf is not a proper defendant as he has no interest
in Lone Wolf Diesel Repair. The court further finds that Greg Dejarnette and Winter Dejarnette,
husband and wife, own Lone Wolf Diesel Repair. The defendants communicated to the plaintiff
that they owned the repair business and further, when Lone Wolf Diesel Repair filed a Warrant
in Debt against the plaintiff, Mr. Greg Dejarnette and Ms. Winter Dejarnette listed themselves as
the plaintiffs against C & C Automotive and Ms. Winter Dejarnette testified that she participates
in the business by handling the bookkeeping.

Therefore, the Court finds the defendant, Lone Wolf Diesel Repair, Greg Dejarnette and Winter Dejarnette, liable to the plaintiff in the amount of $12,158.00 and $78.00 in court costs.

Regarding the Warrant in Detinue filed by Concord Automotive LLC v. Lone Wolf Diesel Repair, the Court finds that the 2003 Chev Silverado is to be returned to Concord Automotive LLC within ten days or a monetary judgment of $15,700.00 will be entered against the defendant Lone Wolf Diesel Repair, Greg Dejarnette and Winter Dejarnette. Chris Dejarnette is found by the court to not be a proper defendant for the reasons stated above.

In the Warrant in Debt case of Lone Wolf Diesel Repair, Greg Dejarnette and Winter Dejarnette v. C & C Automotive the Court finds in favor of the defendant, C & C Automotive. The plaintiff did not produce enough evidence to prove by a preponderance of the evidence that the defendant owes any more money for repair work and the Court finds that the defendant is not liable for storage fees as there was no agreement as to storing the Silverado truck and there was no estimate provided as to when the truck would be repaired. The Warrant in Debt against C & C Automotive is dismissed.

The judgments of the Court will be entered on February 19, 2016. The parties are advised that they may appeal the judgment of this Court within ten days from the date of judgment.

Sincerely,

*Stephanie S. Maddox*

Stéphanie S. Maddox, Judge

PLAINTIFF'S
EXHIBIT
E

**MOTION TO AMEND OR REVIEW ORDER**          Case No. .......... GV15-2393

Commonwealth of Virginia

_Campbell_

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

COURT ADDRESS

This motion is filed in connection with Case No. _GV15-2393_

[ ] *In re* _____

NAME OF CHILD

[ ] _Concord Automotive, LLC_          v.          _Lone Wolf Diesel (Greg Dejarnette_   _(Winifer Dejarnet)_

PETITIONER                                    RESPONDENT

_1481 Doss Rd_                              _11934 Richmond Hwy_

ADDRESS/LOCATION                            ADDRESS/LOCATION

_Concord, VA 24538_                        _Concord, VA 24538_

_434-993-3258_

TELEPHONE NUMBER                            TELEPHONE NUMBER

The undersigned respectfully represents to the Court that an order dated ......_Feb 1, 2016_...... was entered

DATE

by the [ ] above-named Court [ ] ...._Campbell County General District Court_.... Court

_Return 2003 Chevrolet Silverado or Monetary Judgement of $15,700 be entered_

REQUIREMENTS OF ORDER

[ ] The undersigned moves that the attached order be changed, amended, and/or modified as follows:

_That the 2003 Chevrolet Silverado be Returned in immediately_

CHANGES, AMENDMENTS AND/OR MODIFICATIONS TO ORDER

_to Concord Automotive in Same Condition as Sent to Lone wolf Diesel._

.................................................................................................................... for the following reason(s):

_There is a lien attached to this vehicle by Hitteros Financial_
_and the vehicle is still owned by Concord Automotive, LLC. Greg_
_Dejarnette For Lone wolf Diesel is Refusing to Return Vehicle_

[✓] The undersigned moves for a hearing on the modifications of the above order proposed by the Department of
Social Services and that the Court take whatever other action it deems necessary.

_3-7-16_                              _[signature]_

DATE                                  [ ] PETITIONER   [ ] RESPONDENT

FORM DC-630 FRONT 05/05    (A151307 10/14)



PLAINTIFF'S
EXHIBIT
F
Blumberg No. 5113

Pa

1   VIRGINIA:

2        IN THE GENERAL DISTRICT COURT OF CAMPBELL COUNTY

3   *********************************************************

4   CONCORD AUTOMOTIVE LLC,

5        Plaintiff,

6   v.                         Case No:   GV15002393-00

7   GREG DEJARNETTE,

8        Defendant.

9   *********************************************************

10        HEARING BEFORE THE HONORABLE STEPHANIE S. MADDOX

11               March 29, 2016

12            9:04 a.m. - 9:13 a.m.

13            Rustburg, Virginia

14

15

16

17

18

19

20

21

22

23

24

25   REPORTED BY:  Kimberly A. Henderson, RPR

1   (9:04 a.m., March 29, 2016)

2

3                    P R O C E E D I N G S

4              MR. CASE:  Good morning, Your Honor.

5              THE COURT:  Good morning.  Where is Lone

6   Wolf Diesel?  All right.  You have service.

7              MR. CASE:  I'm sorry?

8              THE COURT:  You have service on both

9   Mr. and Mrs. Dejarnette and Lone Wolf Diesel.  So raise

10  your right hand.

11             (Witness sworn.)

12             THE COURT:  You filed a motion to rehear

13  what's going on, reconsider.

14             MR. CASE:  Yes, ma'am.  I've actually

15  written something.  I can read it to you so I can keep

16  my thoughts straight.

17             THE COURT:  Uh-huh.

18             MR. CASE:  "I regret that this case has

19  come to the point that brings us back in front of the

20  Court.  Your Honor, I would like for the record to show

21  that C&C Automotive has filed a show cause against

22  Mr. Dejarnette for violating the court order.

23             "Your Honor, back on January 4, 2016,

24  after hearing the evidence and testimony of all parties,

25  the Court took this warrant in detinue case of the 2003

1   Chevrolet Silverado, VIN Number 1GCHA23173F233128, under

2   advisement.

3          "We specifically asked that the Court

4   order Mr. Dejarnette and all parties not to take any

5   further actions in regard to the vehicle, including, but

6   not limited to, any actions to further obtain a

7   mechanic's lien on the vehicle, move or dispose of the

8   vehicle, at which time the Court did order

9   Mr. Dejarnette and all parties not to take any further

10  actions in regards to the vehicle, including pursuing a

11  mechanic's lien to obtain a title, until the Court's

12  decision was made.

13          "During the time that the Court was making

14  a decision on this case, Mr. Dejarnette clearly violated

15  this court order by continuing to seek and obtain a

16  title on this vehicle.  On January 25th, 2016, Mr.

17  Dejarnette was successful in obtaining a Virginia title,

18  not only by obtaining the title under false pretense and

19  possibly committing a felony in the act, but against a

20  court order and prior to the Court rendering a decision

21  in this on February 1st, 2016.

22          "It is obvious that Mr. Dejarnette does

23  not respect the Court's opinion and authority.  We ask

24  that Mr. Dejarnette be held in contempt of court for

25  violating a court order and be confined to jail,

1  conditioned upon his cooperating with the Court in

2  undoing titling of this vehicle and returning it back in

3  the rightful name of C&C Automotive.

4          "Once the decision for this case was

5  determined by the Court, C&C requested from

6  Mr. Dejarnette that the vehicle be returned, numerous

7  times, as allowed under the court order, at which time

8  Mr. Dejarnette stated he wasn't letting us have the

9  vehicle, and 'You're never going to get it.'  This

10  vehicle has a second party financial institution

11  interest in the vehicle in the form of a floor plan.

12          "Under these circumstances and what we

13  believe to be contempt of court actions, we ask the

14  Court to grant the motion to amend the court order so

15  the relief we get is immediate seizure of the 2003

16  Chevrolet Silverado by the sheriff and possession with

17  legal and all rights to the vehicle and title."

18          THE COURT:  All right.  I'm going to issue

19  a show cause against Greg and Winter Dejarnette, Lone

20  Wolf Diesel.  And I am granting you immediate possession

21  of the Chevy Silverado.

22          MR. CASE:  Thank you, Your Honor.

23          THE COURT:  So you can go to the sheriff's

24  office and get a --

25          MR. CASE:  A petition of seizure.

1      THE COURT:  Get a levy, uh-huh.

2      MR. CASE:  A levy?

3      THE COURT:  Letting you take possession of

4   the vehicle, the sheriff's office can take possession of

5   it.

6      MR. CASE:  I had filed a levy on his other

7   vehicles, and according to them it's a 30-day process.

8   Are we talking about a detinue seizure petition?

9      THE COURT:  Yeah.

10      MR. CASE:  Like this one here?

11      THE COURT:  Yes.

12      MR. CASE:  Is that something that the

13   Court could sign today?

14      THE COURT:  Uh-huh.

15      MR. CASE:  Okay.  Would you also be able

16   this morning, for the record, to verify the court order

17   that was given to the parties?

18      THE COURT:  Yes.  They were ordered not to

19   do anything with the truck while the Court was making a

20   decision and not to pursue any mechanic's lien since

21   this case was pending.

22      MR. CASE:  I believe Special Agent DMV

23   Mr. Hicks is also looking into this.

24      THE COURT:  Take that into the clerk's

25   office and make sure that that's what you need, because

1    I might have to do an order.  If I do, I'll do it this

2    morning for you.

3                    MR. CASE:  Thank you.

4                    THE COURT:  But I'm ordering you to have

5    immediate possession of the Silverado truck that was the

6    subject of this civil case.  So whatever the sheriff's

7    office has to do to go and get it, whether it's

8    immediate or a levy.

9                    MR. CASE:  Should I be there at the time?

10                   THE COURT:  That's up to you.

11                   MR. CASE:  Okay.

12                   THE COURT:  Okay.  All right.  Check with

13   the clerk's office and see if they need me to do an

14   order or if that petition is going to be -- I need to

15   sign that petition, okay?

16                   MR. CASE:  Thank you.

17                   THE COURT:  And the clerk will let me

18   know.

19                   MR. CASE:  Do we need to be here for the

20   show cause?

21                   THE COURT:  Yes.

22                   MR. CASE:  We'd like to give just

23   evidence, I know you already made your ruling.  I'd like

24   this to go into the file, and this is a Carfax that

25   clearly shows the date that the new title was given.

1   Other than a subpoena by the Court or DMV I can't get

2   the --

3               THE COURT:  Title.

4               MR. CASE:  Well, not the title, but the

5   records that trace the steps to that.

6               THE COURT:  Right.  Okay.

7               MR. CASE:  Will the order also show

8   demanding to put the title back into our name?

9               THE COURT:  Yes.

10              MR. CASE:  Or possibly the power for DMV

11  Special Agent Hicks to do it?

12              THE COURT:  Do you want that in -- is it

13  C&C Automotive or Concord?

14              MR. CASE:  Yes, it can go in C&C

15  Automotive.  Because he's also falsified the odometer

16  statement.  He's backed the odometer up on it, which I

17  need all that corrected.

18              THE COURT:  C&C Automotive, Incorporated?

19              MR. CASE:  C&C Automotive.  The full name

20  is Concord Automotive LLC d/b/a C&C Automotive.

21              THE COURT:  Okay.  I'll make that part of

22  the court order, to put the title back.

23              MR. CASE:  Okay.  When we will see this

24  court order?

25              THE COURT:  Hopefully today.

1          MR. CASE:  Okay.

2          THE COURT:  I have a long criminal docket

3    today.

4          MR. CASE:  Will we need to call back here,

5    or will they call us when it's ready?

6          THE COURT:  I'll have the clerk call you

7    when it's ready.

8          MR. CASE:  Thank you.

9          THE COURT:  I'll also have them notify you

10   of the show cause date, when we set the date.

11          MR. CASE:  Thank you, Your Honor.

12          (Proceeding concluded, 9:13 a.m.)

13                    * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2

3          I, Kimberly A. Henderson, do certify that

4  the foregoing transcript is complete and accurate to the

5  best of my ability.

6          I further certify that I am not employed by any

7  party or counsel to this proceeding, nor otherwise

8  interested in the outcome thereof.

9          Given under my hand this 1st day of April,

10  2016.

11

12

13

14  _____
    KIMBERLY A. HENDERSON, RPR

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S EXHIBIT

Case Number: _V15-2393_

**VIRGINIA: IN THE CAMPBELL COUNTY GENERAL DISTRICT COURT**

# ORDER

_Concord Automotive LLC_ V./ IN RE: _Lone Wolf Diesel Repair_
_Greg Dejarnette; Winter Dejarnette_

THE FOLLOWING PARTIES WERE PRESENT:

☐ Commonwealth's Attorney: _____

☐ Defendant / Respondent's Attorney: _____

☐ Petitioner / Complainant: _____

Type of Case:

☐ Motion for Restricted License / Change in Restricted License
☐ Motion to Amend Bond
☐ Garnishment Hearing
☐ Motion for Continuance
☑ Other: _____

Findings of the Court:

It is ORDERED that: _the defendants; Lone Wolf Diesel, Greg Dejarnette and Winter Dejarnette are hereby ordered to return the 2003 Chevrolet Silverado Pickup Truck VIN 1GCHK23173F233128 to Concord Automotive immediately and Concord Automotive may proceed today to obtain a Writ of possession - leney against said property._

This case is continued to: _This order hereby amends the order of the court dated 2/19/16. S Maddox_

_3/29/16_
Date

_S Maddox_
Judge

_The Writ of Possession can be executed even though truck is now titled in defendant's name which was done in violation of the court order. S Maddox_

PLAINTIFF'S EXHIBIT
Blumberg No. 5113

# WRITS OF POSSESSION AND FIERI FACIAS IN DETINUE

Commonwealth of Virginia    VA. CODE §§ 8.01-470, 8.01-472

CAMPBELL GENERAL DISTRICT COURT - CIVIL _____ Court

732 VILLAGE HWY PO BOX 97, RUSTBURG, VA 24588
ADDRESS OF COURT

## TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth to cause the Plaintiff(s) to have possession of the following items

| ITEM | ALTERNATE VALUE | ITEM | ALTERNATE VALUE |
|---|---|---|---|
| 1. 2003 CHEVROLET | $15,700.00 | 6. | |
| 2. SILVERADO | | 7. | |
| 3. VIN1GCHC231T3F | | 8. | |
| 4. 233128 | | 9. | |
| 5. | | 10 | |
| $ 15,700.00 TOTAL ALTERNATE VALUE | | | - [ ] Continued on attached sheet |

or, for such of these items which may not be had, their alternate value, and to cause to be made of the goods, chattels, and current money of Defendant(s)

$ _____ damages, $ 78.00 _____ costs, and $ 49.00 _____ attorney's fees
DAMAGES                     COSTS                          INTEREST RATE      2019

NONE

INTEREST RATE AND DATE FROM WHICH INTEREST ACCRUES

which were adjudged for Plaintiff(s) against Defendant(s) before this Court, subject to
$ NONE _____ total credits, as itemized on the attached list.

You are further commanded to make a return before me within 90 days of this date as to the day and manner of executing this writ.

Homestead Exemption waived?   [ ] Yes   [ ] No   [ ] Cannot Be Demanded

03/29/2016
DATE ISSUED

_____ [ ] CLERK   [ ] JUDGE

## ORIGINAL FOR RETURN

FORM DC-468 (MASTER, PAGE ONE OF TWO) 05/09

---

RETURN DATE _____    CASE NO.
GV15002393-00

## WRITS OF POSSESSION AND FIERI FACIAS IN DETINUE

CONCORD AUTOMOTIVE LLC
PLAINTIFF(S)

1481 DOSS RD, CONCORD, VA 24538

434-258-7521

033.000

v.

LONE WOLF DIESEL REPAIR (GREG DEJARNETTE)
DEFENDANT(S)
WINTER DEJARNETTE

11934 RICHMOND HIGHWAY

CONCORD, VA 24538

CAME TO HAND
03/29/2016 2.P
DATE AND TIME
S.A. Hutcheson    SHERIFF

Money Received by Sheriff

FEES RECEIVED    RECEIPT NUMBERS

## PROPERTY DELIVERED TO THE PLAINTIFF.

| | | AMOUNT REALIZED |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |
| 4. | | $ |
| 5. | | $ |
| 6. | | $ |
| 7. | | $ |
| 8. | | $ |
| 9. | | $ |
| 10. | | $ |

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found, with a copy of this form with these writs and the § 8.01-546.1 form.

### (First return)

NAME: _Long Wolf Diesel Repair_

ADDRESS: _Greg Dejarnette Owner_  Tel. No. _SAF_

[X] PERSONAL SERVICE

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth.

[ ] Not found

DATE: _3/30/16_   SERVING OFFICER: _G. H. Lacy for S. A. Hutchison_

FORM DC-455 (MASTER, PAGE TWO OF TWO) 05/03

### (Second return)

NAME: _Greg Dejarnette_

ADDRESS: _SAF_  Tel. No. _____

[X] PERSONAL SERVICE

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth.

[ ] Not found

DATE: _3/30/16_   SERVING OFFICER: _G. H. Lacy for S. A. Hutchison_

### SHERIFF'S RETURN

_For Filed October 13_
_16-60617_
_Return to Court_

DATE _5/31/16_

by _____   SHERIFF

DEPUTY CLERK

### (Third return - right column)

_Winter Dejarnette_
_SAF_

[X] Personal Service

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport.

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door of usual place of abode. Address listed above. (Other authorized recipient not found.)

[ ] Not Found

Date: _3/30/16_

Serving Officer: _G. H. Lacy_
_S. A. HUTCHERSON_
_SHERIFF, CAMPBELL CO., VA_


PLAINTIFF'S
EXHIBIT
I

# Campbell General District Court  

## Traffic/Criminal Case Details

### Case/Defendant Information

Campbell General Distr

Name Search

Case Number Search

Hearing Date Search

Service/Process Search

| | | |
|---|---|---|
| Case Number : GC16001658-00 | Filed Date : 03/29/2016 | Locality : COMMONWEALTH OF VA |
| Name : DEJARNETTE, GREG | Status : Released On Summons | Defense Attorney : |
| Address : CONCORD, VA 24538 | AKA1 : | AKA2 : |
| Gender : Male | Race : | DOB : |

### Charge Information

Name Search

Case Number Search

Hearing Date Search

Service/Process Search

| | | |
|---|---|---|
| Charge : VIOLATE COURT ORDER | | |
| Code Section : 18.2-456 | Case Type : Show Cause | Class : |
| Offense Date : 03/29/2016 | Arrest Date : | Complainant : COURT |
| Amended Charge : | Amended Code : | Amended Case Type : |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 04/14/2016 | 08:30 AM | Continued | | | | |
| 05/12/2016 | 08:30 AM | | | | | |

### Service/Process

### Disposition Information

| | | |
|---|---|---|
| Final Disposition : | | |
| Sentence Time : 00Months 000Days 00Hours | Sentence Suspended Time : 00Months 000Days 00Hours | |
| Probation Type : | Probation Time : 00Years 00Months 000Days | Probation Starts : |
| Operator License Suspension Time : 00Years 00Months 000Days | Restriction Start Date : | Restriction End Date : |

| Operator License Restriction Codes : | | |
|---|---|---|
| Fine : | Costs : | Fine/Costs Due : |
| Fine/Costs Paid : | Fine/Costs Paid Date : | VASAP : |

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories |

Forms | Judicial Branch Agencies | Programs

Build #: 5.2.2.6



that you ain't working for him no more    12:29 PM

what you mean you ain't working for him no more    12:30 PM

HELL NO I AINT

12:30 PM

Hey I talked to my buddy Mike he wants to come look at that truck tomorrow!
Is it ok if I call you tomorrow evening and we come so he can look at it!

8:57 PM

Ok

Call me tomorrow evening

9:23 PM

Ok

9:25 PM

Friday, April 15, 2016