# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| IN RE:  Gregory Alan DeJarnette | CHAPTER 13 |
| Winter Lynn DeJarnette | CASE NO 16-60617 |
| d/b/a Lone Wolf Diesel Repair | |

Debtor

### ORDER ON MOTION PROHIBITING THE DEBTOR FROM DISPOSING OF OR SELLING A 2003 CHEVROLET SILVERADO

Upon Motion to prohibit the disposal or selling a 2003 Chevrolet Silverado filed by Concord Automotive, LLC and upon agreement by counsel and it further appearing to the Court that it is appropriate to enter an order that puts the Debtor on notice that they are prohibited from disposing of or selling the 2003 Chevrolet Silverado which is the subject of a dispute between the debtor and Concord Automotive, LLC, without further order or permission of this Court;

It is therefore;

### ORDERED

That the Debtors are prohibited from disposing or selling the 2003 Chevrolet Silverado which is the subject of a dispute between Concord Automotive, LLC, until further order of this court.

Entered:   May 4, 2016

_____
U. S. Bankruptcy Judge

We consent:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee

/s/ Stephen E. Dunn
Stephen E. Dunn, Esq.
Counsel for Debtor(s)
Stephen E. Dunn, PLLC
201 Enterprise Drive, Suite A
Forest, VA  24551


/s/Janice Hansen
Cox Law Group
201 Langhorne Road
Lynchburg, Va  24502